FILED
2016 Mar-25 PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-16-P-0490-S

S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 MAR 25 A 11: 54
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: 151887

Bobby Joe Johnson

(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Lamar County Jail

David Sullivan

Anthony Reeves

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )          No (✓)

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff:  N/A

         Defendant(s):  N/A

2. Court (if Federal Court, name the district; if State Court, name the county) _Lamar County_

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
   Yes ( )    No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes (✓)    No ( )

   C. If your answer is YES:

      1. What steps did you take? _I wrote several notes to David Sullivan, Anthony Reeves_

      2. What was the result? _Nothing, they refused to take me to seek medical attention_

   D. If your answer is NO, explain why not: _They finally took me to doctor after six months, resulting in permanent injury to shoulder_

II. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Bobby Joe Johnson

Address _____

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant David Sullivan, Anthony Reeves

Is employed as County Jail Administrators

at Lamar County Jail

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I've asked for several months to go to the doctor, but kept getting the runaround. Something could have been done about my shoulder if they had taken me sooner. Resulting in permanent shoulder damage.

V.  **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like some form of compensation for my permanant injury to my shoulder due to lack of medical attention

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 23rd 2016_.

_Bobby Lee Johnson_
SIGNATURE

ADDRESS

P.O Box 770

Vernon Alabama 35592

AIS #  151887

Bobby Joe Johnson
A.I.S # 151887
P.O Box # 770
Vernon Alabama
35592



BIRMINGHAM
24 MAR 2016

ATTN: Deputy Clerk
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5TH AVE No
Birmingham Alabama
35203

35203203799